SEALED BY ORDER OF THE COURT

FILED

NOV 21 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ELISE LAPUNZINA (NYBN 2540730)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6878
Fax: (415) 436-7234
E-mail: Elise.LaPunzina@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN THE MATTER OF AN ARREST
WARRANT FOR DUSTIN BELLINGER

MISC NO. 4-18-71663 MAG

APPLICATION AND [~~PROPOSED~~] ORDER TO FILE UNDER SEAL

The United States by and through its counsel Assistant United States Attorney Elise LaPunzina, hereby moves this Court for an order sealing the government's application and proposed order to file under seal, the arrest warrant, the affidavit in support of a criminal complaint, and all attachments in the above referenced investigation. These documents contain personal identifying information of the defendant and the name of an uncharged individual. In addition, this is an ongoing investigation into one of several arsons, and disclosure would give the target and any

//
//
//
//

APP. & [PROPOSED] ORDER
TO FILE UNDER SEAL

1

Document No.

District Court
Criminal Case Processing

co-conspirators an opportunity to flee, and destroy or conceal evidence.

DATED: November 20, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

ELISE LAPUNZINA
Assistant United States Attorney

**[PROPOSED] ORDER**

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application and order to file under seal, the arrest warrant, the affidavit in support of a criminal complaint, and all attachments in the Application for an Arrest Warrant for Dustin Bellinger shall be filed under seal until further order of the Court.

IT IS SO ORDERED.

DATED: November 20, 2018

HON. DONNA M. RYU
U.S. MAGISTRATE JUDGE

APP. & [PROPOSED] ORDER
TO FILE UNDER SEAL                        2